PROB 35  
(Rev. 5/01)

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

UNITED STATES OF AMERICA

V.

Crim. No. CR202-0?030-001

Sonya Coyle

    On December 9, 2003, the above-named was placed on probation for a period of three years. She has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Sonya Coyle be discharged from probation.

Respectfully submitted,

Philip J. Lyons  
U.S. Probation Officer

## ORDER OF THE COURT

    Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Dated this \_\_\_3rd\_\_\_ day of \_\_August\_\_, 20 05.

Dudley H. Bowen, Jr.  
United States District Judge

# United States District Court
## *Southern District of Georgia*

UNITED STATES OF AMERICA     *

         vs.     *     CASE NO. cr202-30

SONJA COYE     *

       *

       *

The undersigned, a regularly appointed and qualified deputy in the office of this Clerk of this District, while conducting the business of the Court for said Division does hereby certify the following:

1. Pursuant to instructions from the court, and in the performance of my official duties, I personally placed in the U.S. Mail a sealed envelope bearing the lawful frank of the Court, and properly addressed to each of the persons, parties or attorneys listed below; and

2. That the aforementioned envelope(s) contain a copy of the documents known as ORDER dated 8/3/05, which is part of the official records of this case.

Date of Mailing: 8/5/05
Date of Certificate: 8/5/05

SCOTT L. POFF, CLERK

By: _____
: NITA ROSE

NAME:
1. SONJA G. COYLE 4447 US 17 NORTH BRUNSWICK, GA. 31525
2. WILLIAM FRENTZEN
3. 
4. 
5. 
6. 
7. 

Cert/Copy
- ☐ ☐ District Judge
- ☐ ☐ Magistrate Judge
- ☐ ☐ Minutes
- ☐ ☒ U.S. Probation
- ☐ ☒ U.S. Marshal
- ☐ ☐ U.S. Attorney
- ☐ ☐ JAG Office

Cert/Copy
- ☐ ☐ Dept. of Justice
- ☐ ☐ Dept. of Public Safety
- ☐ ☐ Voter Registrar
- ☐ ☐ U.S. Court of Appeals
- ☐ ☐ Nicole/Debbie
- ☐ ☐ Ray Stalvey
- ☐ ☐ Cindy Reynolds